IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER KALLATCH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 13-4095 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | : | |

ORDER

NITZA I. QUIÑONES ALEJANDRO, J.,

AND NOW, this 13th day of June, 2014, upon consideration of the Plaintiff's Request for Review, the Defendant's response thereto, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED IN PART, and the matter is REMANDED for further review consistent with the Report and Recommendation.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.